NAME FRANCIS DIBLASI

PRISON NUMBER V-94265

CURRENT ADDRESS OR PLACE OF CONFINEMENT    C.T.F. SOUTH, P.O. BOX 690 D6S./34L

CITY. STATE. ZIP CODE SOLEDAD, CALIF. 93960-0690

**FILED**

**JAN - 7 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 / 1983
**FILING FEE PAID**
Yes _____ No ✓
**IFP MOTION FILED**
Yes ✓ No
**COPIES SENT TO**
Court ✓ ProSe _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(FULL NAME OF PETITIONER)
FRANCIS DIBLASI          PETITIONER

v.

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

WARDEN BEN CURRY          RESPONDENT
            and
JERRY BROWN

The Attorney General of the State of California, Additional Respondent.

Civil No. **'08 CV 0041 IEG BLM**

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1.  Name and location of the court that entered the judgment of conviction under attack:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
INDIO CALIF. 92201
2.  Date of judgment of conviction:
JUNE 24, 2005
3.  Trial court case number of the judgment of conviction being challenged:
NO. INF050046

4.  Length of sentence:
10 YEARS TO BE SERVED AT 85%

CIV 68 (Rev. Dec. 1998)

::ODMA\PCDOCS\WORDPERFECT\22835\1

5.    Sentence start date and projected release date:
FEBRUARY 8, 2005    AUGUST 13, 2013

6.    Offense(s) for which you were convicted or pleaded guilty (all counts):
211 P.C. AND 459 P.C.

7.    What was your plea? (CHECK ONE)
   (a)  Not guilty        [X]
   (b)  Guilty            [ ]
   (c)  Nolo contendere   [ ]

8.    If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a)  Jury        [X]
   (b)  Judge only  [ ]

9.    Did you testify at the trial?
   [ ] Yes  [X] No

### DIRECT APPEAL

10.  Did you appeal from the judgment of conviction in the **California Court of Appeal**?
   [X] Yes  [ ] No

11.  If you appealed in the **California Court of Appeal**, answer the following:
   (a)  Result: DENIED

   (b)  Date of result, case number and citation, if known:
   FILED JUNE 26, 2007    E038733

   (c)  Grounds raised on direct appeal:
INSUFICIENT EVIDENCE TO SUSTAIN PRIOR CONVICTION
AND IMPOSITION OF UPPER TERM WAS IMPROPER UNDER CUNNINGHAM

12.  If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   (a)  Result: DENIED

   (b)  Date of result, case number and citation, if known: SEPT. 12, 2007, S155145

   (c)  Grounds raised: INSUFICEINT EVIDENCE TO SUSTAIN PRIOR CONVICTION
AND IMPOSITION OF UPPER TERM WAS IMPROPER UNDER CUNNINGHAM

CIV 68 (Rev. Dec. 1998)                    -2-                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result:

    (b) Date of result, case number and citation, if known:

    (c) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number:

    (b) Nature of proceeding:

    (c) Grounds raised:

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number:_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised:

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number:_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised:

    _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

      ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>**California Supreme Court**</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

## <u>COLLATERAL REVIEW IN FEDERAL COURT</u>

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    X Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed?
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION:</u>

- <u>**Exhaustion of State Court Remedies:**</u> In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- <u>**Single Petition:**</u> If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- <u>**Factual Specificity:**</u> You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**:

INSUFFICIENCY OF EVIDENCE AT TRIAL IN RESPECT TO ENHANCEMENT

Supporting FACTS (state *briefly* without citing cases or law)

SPECIFICALLY, THE COURT MADE A FINDING BASED ON A COPY OF A MICROFICHE COPY OF A DOCUMENT WHICH CONTAINED THE NAME OF THE DEFENDANT AND NOTHING MORE. NO PHOTOGRAPH FINGERPRINTS, OR EVEN A DATE OF BIRTH, A SIGNATURE OR OTHER IDENTIFYING INFORMATION WAS INTRODUCED. THE PEOPLE WERE REQUIRED TO PROVE IDENTITY BEYOND A RESONABLE DOUBT. THIS MUST BE PROVED BY SUBSTANTIAL EVIDENCE IN ORDER TO MEET THE BURDEN OF PROOF, YET THERE WAS NOTHING BUT A NAME ON A DOCUMENT.
THAT THERE CAN BE MORE THAN ONE PERSON IN THE STATE OF CALIFORNIA WITH THE SAME NAME COULD NOT HAVE BEEN MADE CLEARER BY THE FACT THAT THE DOCUMENT REFLECTED THE COURT CLERK IN THE 1977 ENHANCEMENT CASE HAD THE SAME NAME AS DEFENSE COUNSEL FOR MR. DIBLASI IN THE INSTANT CASE. WOULD THAT FACT HAVE CONSTITUTED SUBSTANTIAL EVIDENCE TO CONVINCE THE COURT BEYOND A REASONABLE DOUBT THAT DEFENSE COUNCIL BEVERLY BARRETT WAS THE SAME PERSON WHO WAS THE COURT CLERK ATTENDING THE HEARING IN 1977 FOR FRANK DIBLASI AKA FRANCIS DIBLASI. SIMILARLY, THE NAME OF FRANCIS DIBLASI IS NOT PARTICULARLY UNIQUE;IT BRINGS UP SOME 4,190 HITS ON THE GOOGLE SEARCH ENGINE ALONE.
THE COURT SHOULD HAVE SOME LINGERING DOUBTS AS TO THE SUFFICIENCY OF EVIDENCE UPON WHICH THE COURT'S FINDING WAS BASED, PARTICULARLY IN LIGHT OF THE PROVEN COINCIDENCE OF THE NAME OF THE COURT CLERK IN THE 1977 CASE AND DEFENSE COUNSEL IN THIS CASE. THE EVIDENCE SUBMITTED DURING THE TRIAL TO THE COURT ON THE ISSUE OF IDENTITY WAS INSUFFICIENT TO MAKE THE FINDING BEYOND A REASONABLE DOUBT.

Did you raise GROUND ONE in the California Supreme Court?
x Yes:  No.

CIV 68 (Rev. Dec. 1998)

::ODMA\PCDOCS\WORDPERFECT\22833\1

(b) **GROUND TWO**:

COURT DIRECTED AND PREJUDICED VERDICT
Supporting FACTS (state *briefly* without citing cases or law):

THE PROSECUTION HAD THE BURDEN TO PROVE TO THE JURY THAT MR.
DIBLASI SUFFERED A PRIOR CONVICTION FOR THE ENHANCEMENT ALLEGED.
THE COURT INSTRUCTED THE JURORS, AS A MATTER OF LAW, THAT THE
PERSON NAMED IN THE 1977 CASE WAS THE DEFENDANT IN THE INSTANT
CASE. THE EVIDENCE SUBMITED BY THE PROSECUTION FAILED TO CONVINCE
THE JURY BEYOND A REASONABLE DOUBT THAT HE SUFFERED A CONVICTION,
DESPITE THE FACT THAT IT WAS THEIR BURDEN TO DO SO. THE JURY'S
INQUIRY DEMONSTRATED THE FAILURE OF THE PROSECUTION TO MEET ITS
BURDEN OF PROOF. THE JURY WAS THEN "CHARGED" BY THE COURT THAT
THE EVIDENCE CONSTITUTED A CONVICTION. THE RESULT OF THIS CHARGE
WAS TANTAMOUNT TO A DIRECTED VERDICT BY THE COURT. COURTS HAVE
BEEN CAUTIONED TO BE CAREFUL TO AVOID DIRECTING A VERDICT AND
THUS DEPRIVING A DEFENDANT OF HIS RIGHT TO A JURY TRIAL.
THE DIRECTED VERDICT IN THE INSTANT CASE NOT ONLY CAUSED THE
DEFENDANT TO BE PREJUDICED IT ALSO DENIED DEFENDANT HIS
CONSTITUTIONAL RIGHT TO A JURY TRIAL.

Did you raise GROUND TWO in the California Supreme Court?
     Yes X No.

(c) **GROUND THREE**:

THE APPELATE COURT DENIED INTRODUCTION OF EXCUPATORY EVIDENCE BY DENYING DEFENDANTS REQUEST FOR JUDICIAL NOTICE FILED 3/27/06

Supporting FACTS (state *briefly* without citing cases or law):

IN THE INSTANT CASE THE ALLEGED ROBBERY CHARGE IN 1977 THE DOCUMENTS INCLUDE NO PHOTOGRAPH, NO FINGERPRINT, NO DATE OF BIRTH, PLACE OF BIRTH, SIGNATURE OF THE DEFENDANT OR ANY OTHER EVIDENCE SUPPORTING A FINDING THAT THE DEFENDANT IN THE 1977 IS THE SAME PERSON AS THE DEFENDANT IN THE INSTANT CASE.(SEE CLERKS SUPPLEMENTAL TRANSCRIPT ON APPEAL FILED FEBRUARY 6, 2006) APPEAL HELD THAT THE QUESTION OF WHETHER A DEFENDANT CAN BE IDENTIFIED AS HAVING SUFFERED A PRIOR CONVICTION BASED ON NAME ALONE SHOULD  BE LEFT TO INFERENCE AND "THE STRENGTH OF THE INFERENCE WILL DEPEND IN PARTICULAR CASES ON WHETHER THE NAME IS COMMON OR UNUSUAL."
CONSIDERING THE LACK OF ANY SUPPORTING EVIDENCE OTHER THAN "WHETHER THE NAME IS COMMON OR UNUSUAL." IT WAS INCUMBENT ON THE APPELATE COURT TO GRANT "APPELLANTS REQUEST FOR JUDICIAL NOTICE". IF THE COURT HAD GRANTED THAT "REQUEST", THEY WOULD HAVE SEEN THAT http://www.usa-people-search.com SEARCH FOR THE NAME "FRANK DIBLASI" LOCATES 100 PERSONS WHO ARE NAMED "FRANK DIBLASI" (100 IS THE MAXIMUM NUMBER THAT CAN BE RETURNED ON A SEARCH, AND SO THERE MAY BE MANY MORE), AND 41 PEOPLE PEOPLE VIA A SEARCH FOR THE NAME "FRANCIS DIBLASI". WHEN A SPACE IS INSERTED SO THE NAME READS DI BLASI (AS IT DOES IN THE 1977 COURT DOCUMENTS), THE SITE RETURNS ANOTHER 38 PEOPLE NAMED "FRANK DI BLASI" AND ANOTHER TWO CALLED "FRANCIS DI BLASI".
http://www. peoplefinder.com TURNS UP TWELVE PEOPLE IN CALIFORNIA ALONE WHO GO BY THE NAME "FRANK DIBLASI" "FRANCIS DIBLASI" OR F. DIBLASI. AND AS BROUGHT BEFORE THE COURT OVER 4,000 LISTINGS FOR "F.DIBLASI" WORLD WIDE  THE COURT WOULD HAVE SEEN FOR ITSELF THAT THE NAME IS CERTAINLY NOT UNCOMMON ENOUGH TO BE USED AS "THE ONLY EVIDENCE" FOR CONVICTION OF A 30 YEAR OLD PRIOR.

**Did you raise GROUND THREE in the California Supreme Court?**

X  Yes  _ No.

CIV 68 (Rev. Dec. 1998)

::ODMA\PCDOCS\WORDPERFECT\22835\1

(d) **GROUND FOUR**:

PETITIONER WAS DENIED HIS RIGHT TO A FAIR AND IMPARTIAL ROMERO
HEARING AND ALSO ANY CONSIDERATION OTHER THAN THE HARSHEST
SENTENCE THAT THE COURT GIVE BECAUSE OF A GROSELY INACURATE AND
PREJUDICED PROBATION AND SENTENCING REPORT

Supporting FACTS (state briefly without citing cases or law):

THE PROBATION OFFICERS REMARKS WERE NOT ONLY INACCURATE BUT
DESIGNED TO BE INFLAMMATORY. BECAUSE OF MY AGE, AND A THEN
UNDIAGNOSED MEDICAL PROBLEM THAT WAS MAKING ME DEPRESSED MY
MEMORY UNDEPENDABLE AND MY BEHAVIOR BIZARRE, MY ATTORNEY INSISTED
ON BEING PRESENT AT THE PROBATION OFFICERS INTERVIEW, MY ATTORNEY
GAVE ME INSTRUCTIONS NOT TO ANSWER ANY QUESTIONS UNTIL SHE TOLD
ME TO.  SO WHEN THE PROBATION OFFICER PUT IN HIS REPORT THAT I
LACKED CANDOR IT WAS REALLY ME ACTING ON THE ADVICE OF MY
ATTORNEY. LACK OF CANDOR WITH THE PROBATION OFFICER WAS ONLY ONE
OF THE ERRONEOUS AGGRAVATING FACTORS THE JUDGE CITED
THE SENTENCING TRANSCRIPT BEARS OUT THE ARGUEMENT THAT THE JUDGE
WAS PREJUDICED AND RELIED ON INFORMATION IN A PROBATION REPORT
THAT IS MORE FICTION THAN FACT.
IE:THE JUDGE STARTS THE SENTENCING PROCEDURE WITH "AS A MATTER OF
FACT, THIS WAS ONE DEFENDANT I VIEW AS THE PERFECT EXAMPLE OF WHY
WE HAVE THE THREE STRIKES LAW." AND THEN HE SITES A 1997 ROBBERY
THAT DOES NOT EXIST, A 1984 CHARGE FOR SALES OF HEROIN ALSO NON
EXISTING, HE GOES ON TO STATE "THE DEFENDANT HAS SERVED THREE
PRIOR PRISON TERMS, AT LEAST THREE PRIOR PRISON TERMS" SEEMS THAT
HE WAS'NT QUITE SURE. PRIOR PERFORMANCE ON PROBATION AND PAROLE
IS UNSATISFACTORY, IN TRUTH, I HAVE NEVER SUFFERED A PAROLE
VIOLATION. HE'S ON A ROLL NOW AND STATES "HE IS A BANK ROBBER.
HE'S BEEN A BANK ROBBER AND HE WILL CONTINUE TO BE A BANK ROBBER.
IT MUST BE REMEMBERED THAT THE ONLY "BANK ROBBERY" THAT HAD BEEN
PROVEN WAS THE INSTANT CONVICTION. THE INFORMATION THAT HE WAS
WORKING WITH WAS SO BAD, THEY HAD FILLED TWO 667. PRIORS THAT DID
NOT EVEN EXIST AND HAD TO BE DISMISSED. THE JUDGE MADE EVERYTHING
WORSE THAN IT WAS AND NEVER TOOK MITIGATING CIRCUMSTANCE INTO
ACCOUNT

Did you raise GROUND FOUR in the California Supreme Court?

X Yes    No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes   ☒ No

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _____

    (b) Case Number: _____

    (c) Date action filed: _____

    (d) Nature of proceeding: _____

    _____

    (e) Grounds raised:

    _____

    _____

    _____

    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes   ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: GAYLORD STEWART, PUBLIC DEFENDERS OFFICE
                             82-675 HIGHWAY 111, ROOM 314
                             INDIO, CALIF. 92201

    (b) At arraignment and plea: BEVERLY BARRETT PUBLIC DEFENDERS OFFICE
                             82-675 HIGHWAY 111, ROOM 314
                             INDIO CALIF. 92201

    (c) At trial: BEVERLY BARRETT PUBLIC DEFENDERS OFFICE
                             82-675 HIGHWAY 111, ROOM 314
                             INDIO, CALIF. 92201

    (d) At sentencing: BEVERLY BARRETT, PUBLIC DEFENDERS OFFICE
                             82-675 H IGHWAY 111, ROOM 314
                             INDIO, VALIF. 92201

    (e) On appeal: JANICE R. MAZUR

    (f) In any post-conviction proceeding: JANICE R. MAZUR SBN144611
                                     13465 CAMINO CANADA, #106-103
                                     EL CAJON, CALIF. 92021

    (g) On appeal from any adverse ruling in a post-conviction proceeding:
    JANICE R. MAZUR SBN144611
    13465 CAMINO CANADA, # 106-103
    EL CAJON, CALIF. 92021

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   ☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   ☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b) Give date and length of the future sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
   ___12/17/07_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___2-11-07_____          _____

(DATE)                           SIGNATURE OF PETITIONER

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Francis Diblasi

2254   DEFENDANTS   1983

**FILING FEE PAID**
Yes____   No ✓

Curry, et al

**FILED**
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  RW                    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Monterey
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**IFP MOTION FILED**
Yes ✓   No

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

**COPIES SENT TO**
Court

IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Francis Diblasi
PO Box 690
Soledad, CA 93960
V-94265

ATTORNEYS (IF KNOWN)

'08 CV 0041 IEG BLM

| **II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY) | | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | | |
|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | (For Diversity Cases Only) | PT  DEF | PT  DEF |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III | Citizen of This State  ☐1 ☐1 | Incorporated or Principal Place of Business in This State | ☐4 ☐4 |
| | | Citizen of Another State  ☐2 ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 ☐5 |
| | | Citizen or Subject of a Foreign Country  ☐3 ☐3 | Foreign Nation | ☐6 ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                                   Docket Number

DATE     1/7/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Diblasi