IN THE UNITED STATES DISTRICT COURT

THE SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ✓   1983
**FILING FEE PAID**
Yes ___   No ✓
**IFP MOTION FILED**
Yes ✓   No ___
**COPIES SENT TO**
Court ✓   ProSe ___

)
)
)
)
)
)  PRISONER'S
IN RE: FRANCIS DIBLASI  )  IN FORMA PAUPERIS
)  APPLICATION
)
)
)

**'08 CV 0041 IEG BLM**

I, FRANCIS DIBLASI , declare under penalty of perjury
that I am the plaintiff in the above entitled case and that the
information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without
being required to prepay the full amount of fees, costs or give
security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes X   No _____

If your answer is "yes," state both your gross and net salary or wages
per month, and give the name and address of your employer:

Gross: $48.00            Net: $48.00

Employer: C.D.C.R.C.T.F. SOUTH, SOLEDAD CALIF. 93960-0690

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received. (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

AUTOZONE, CAR PARTS, PALM SPRINGS CALIF.   DEC. 2004

1

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment    Yes _____  No \_\_X\_\_\_

    b.  Income from stocks, bonds, or royalties?    Yes _____  No \_\_X\_\_\_

    c.  Rent payments?    Yes _____  No \_\_X\_\_\_

    d.  Pensions, annuities, or life insurance payments?    Yes _____  No \_\_X\_\_\_

    e.  Federal or State welfare payments, Social Security or other government source?    Yes _____  No \_\_X\_\_\_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?   Yes _____   No \_\_X\_\_\_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.   a.   List amount you contribute to your spouse's support:

$ _____

    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.   Do you own or are you buying a home?   Yes _____   No X_____

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes \_\_\_\_\_   No _____   X

Make _____   Year _____   Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____    No \_\_X\_\_

Name(s) and address(es) of bank: _____

_____

Present balance(s):  \$ _____

Do you own any cash?  Yes _____  No \_\_X\_\_  Amount:  \$ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes _____  No _____

_____

8.    What are your monthly expenses?

Rent:  \$ _____    Utilities:  _____

Food:  \$ _____    Clothing:  _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
| --- | --- | --- |
| _____ | \$ _____ | \$ _____ |
| _____ | \$ _____ | \$ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.    N.A.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-18-07
DATE

*Francis D. Blas*
SIGNATURE OF APPLICANT

3

Case Number: INFO50046

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

FRANCIS DIBLASI √94265 for the last six months at
[prisoner name]

C.T.F. SOUTH where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 21.77 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 17.32.

Dated: 12-31-07    _Brenda Nation Account Technician_
                    Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

IS A CORRECT ACCOUNT MAINTAINED
BY THE
ATTEST: 12-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Account Technician_

4

REPORT ID: TS3030  .701                           REPORT DATE: 12/28/07
                                                  PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 27, 2007 THRU DEC. 28, 2007

ACCOUNT NUMBER : V94265              BED/CELL NUMBER: SOD600000000034L
ACCOUNT NAME   : DIBLASI, FRANCIS    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----   -----------   -------   ---------   --------   -----------   -------

07/27/2007   BEGINNING BALANCE                                              18.67

08/03  D554  INMATE PAYROL 0393 P15                20.00                    38.67
08/14  FC04  DRAW-FAC 4    0534 SOUTH                           38.67        0.00
09/07  D554  INMATE PAYROL 0777 P10                20.00                    20.00
09/22  W516  LEGAL COPY CH 0997 LCOPY                            3.80       16.20
10/06  D554  INMATE PAYROL 1110 P12                 9.20                    25.40
10/06  D554  INMATE PAYROL 1110 P14                20.00                    45.40
10/15  FC04  DRAW-FAC 4    1233 SOUTH                           45.40        0.00
11/06  D554  INMATE PAYROL 1433 P6                 48.00                    48.00
11/19  FC01  DRAW-FAC 1    1606 ML                              48.00        0.00
12/06  D554  INMATE PAYROL 1749 P17                48.00                    48.00
12/17  FC04  DRAW-FAC 4    1909 FC04                            48.00        0.00

                          TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL      CURRENT     HOLDS    TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED
  -----------  ----------   -----------  ---------  --------- ------------

      18.67      165.20       183.87       0.00       0.00        0.00
  -----------  ----------   -----------  ---------  --------- ------------
  -----------  ----------   -----------  ---------  --------- ------------

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                          --------------
                                               0.00
                                          --------------
                                          --------------

CORRECTIONAL TRAINING FACILITY           THIS DOCUMENT IS A CORRECT
P.O. BOX 686                            COPY OF THE TRUST ACCOUNT MAINTAINED
SOLEDAD, CA  93960                      BY THIS OFFICE.
ATTN: TRUST OFFICE                      ATTEST: 12-31-07
                                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                        BY Brenda Nation
                                        TRUST OFFICE
                                        Account Technician